

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-07,645-07

### EX PARTE MICHAEL BRENT BROWN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. B140443BR IN THE 163RD DISTRICT COURT FROM ORANGE COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance and sentenced to life imprisonment. The First Court of Appeals affirmed his conviction. *Brown v. State*, No. 01-15-00042-CR (Tex. App.—Houston [1st Dist.] Dec. 1, 2015) (not designated for publication).

Applicant contends, among other things, that trial counsel failed to file a motion to suppress the stop of Applicant's car and that the trial judge failed to credit him with 169 days of pre-sentence jail time.

We remanded this application for a response from trial counsel and findings of fact and conclusions of law on whether counsel was ineffective for failing to file a motion to suppress. On remand, counsel responded in a sworn affidavit, and the trial court made findings of fact and concluded that counsel made a reasonable strategic decision not to file a motion to suppress. The trial court recommended that we deny relief.

We agree based on the trial court's findings and conclusions and our own independent review of the record. Applicant's ineffective assistance of counsel is claim is denied. His pre-sentence jail time claim is dismissed. *Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004).

Filed: September 12, 2018
Do not publish